UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TAMARA HANGSLEBEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CV-15-053-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that Judge Lynch's Findings and Recommendation are ADOPTED in part and REJECTED in part. The Commissioner's decision is REVERSED, and Hangsleben's application for Social Security benefits and insurance is REMANDED to the agency for further proceedings.

  Dated this 27th day of September, 2016.

          TYLER P. GILMAN, CLERK

          By: /s/ Annie Puhrmann
          Annie Puhrmann, Deputy Clerk